Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIM ZIEGLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ELEMENTS APARTMENTS PROPERTY MANAGEMENT COMPANY, UNITED DOMINION REALTY ("UDR"), a corporation,<br><br>Defendant. | Case No. 2:22-CV-00717-RSM<br><br>**STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: MAY 27, 2022 |

## STIPULATION

Pursuant to Local Rules W.D. Wash. 7(j) and 10(g), plaintiff Jim Ziegler and defendant Ashwood Commons North LLC, erroneously named in the Complaint as "Elements Apartments Property Management Company, United Dominion Reality", by and through their counsel, stipulate to and move for entry of the proposed Order set forth below. In support of this request, the parties represent the following:

1.   On May 24, 2022, defendant filed a Notice of Removal [Dkt. #1] of plaintiff's state court action as described therein.

2.   Pursuant to Fed. R. Civ. P 81(c)(2)(C), defendant's responsive pleading to the complaint is due by June 1, 2022, which is seven days after the notice of removal was filed.

STIPULATED MOTION AND ORDER EXTENDING DEADLINE
FOR RESPONSIVE PLEADING - 1
2:22-CV-00717-RSM

Snell & Wilmer
2018 156th Avenue NE, Suite 100
Bellevue, Washington 98007
425.748.5055

3. Due to personal circumstances, the parties have agreed to a one-week extension of the deadline for plaintiff to file its responsive pleading, to June 8, 2022.

4. This motion is being filed in advance of the deadline, is for one week only, and consequently, the parties have agreed, subject to Court approval, to the short extension.

## ORDER

IT IS SO ORDERED.

The deadline for defendant to file its responsive pleading in this matter is hereby extended from June 1, 2022 to June 8, 2022.

DATED this 31st day of May, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulated and presented by:

SNELL & WILMER L.L.P.

*s/ Clifford S. Davidson*
Clifford S. Davidson, WSBA 48313
csdavidson@swlaw.com
Attorneys for Defendants

Stipulated and Agreed to:

ANNE BREMNER, P.C.

*s/ Ann M. Bremner*
Ann M. Bremner, WSBA No. 13269
abremner@freybuck.com
Attorney for Plaintiff

4871-7597-7762.1

STIPULATED MOTION AND ORDER EXTENDING DEADLINE
FOR RESPONSIVE PLEADING - 2
2:22-CV-00717-RSM

Snell & Wilmer
2018 156th Avenue NE, Suite 100
Bellevue, Washington 98007
425.748.5055