The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIM ZIEGLER, an individual<br><br>Plaintiff,<br><br>v.<br><br>ELEMENTS APARTMENTS PROPERTY MANAGEMENT COMPANY, UNITED DOMINION REALTY ("UDR"), a corporation,<br><br>Defendant. | Case No. 2:22-CV-00717-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR ATTORNEY FEES** |

The Court, having received and reviewed the Stipulated Motion to Extend Time to Respond to Defendant's Motion for Attorney Fees, HERBY ORDERS that the deadline for Plaintiff Jim Ziegler to respond to Defendant's Motion for Attorney Fees is extended to August 15, 2022.

ORDER GRANTING STIPULATED
MOTION TO EXTEND TIME - 1
2:22-CV-00717-RSM

ANNE BREMNER P.C.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

IT IS SO ORDERED.

DATED this 8th day of August, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED
MOTION TO EXTEND TIME - 2
2:22-CV-00717-RSM

ANNE BREMNER P.C.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660